**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**SHELBY HUNT,**

                              **Plaintiff,**

     **v.**                                          **1:10-cv-1418-WSD**

**SYDELL, INC., et al,**

                              **Defendants.**

## ORDER

The parties have advised the Court that the above case has settled.  The

parties are directed to file a stipulation of dismissal on or before July 11, 2011.

The Court removes the case from its calendar and directs the Clerk to close the

case administratively with the right of any party to reopen the case if the settlement

is not concluded.

**SO ORDERED**, this 9th day of June, 2011.


_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE