IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHELBY HUNT, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | 1:10-CV-1418-WSD |
| v. ) | |
| ) | |
| SYDELL, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Per the Court's Order dated June 9, 2011, Plaintiff's counsel with verbal consent of Defendants' counsel is filing this Stipulation of Dismissal.

The filing attorney certifies that she has attempted to discuss the filing of this document with Defendants' counsel, but has been unsuccessful. However, Defendants' counsel has previously consented to the Dismissal verbally.

Respectfully submitted, this 11th July 2011.

| | |
|---|---|
| /s/ Meredith J. Carter | /s/ Tanya Andrews Tate |
| Meredith J. Carter | (with Verbal Permission) |
| Georgia Bar No. 325422 | Georgia Bar No. 237035 |
| Barrett & Farahany, LLP | Tanya Andrews Tate, PC |
| 1100 Peachtree Street, NE | 6340 Sugarloaf Parkway |
| Suite 500 | Suite 200 |
| Atlanta, Georgia 30309 | Duluth, Georgia 30097 |
| Telephone:  (404) 214-0120 | Telephone:  (678) 775-6808 |
| Facsimile:  (404) 214-0125 | Facsimile:  (678) 775-6807 |
| meredith@bf-llp.com | ttate@ttatelaw.com |

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the above and foregoing document has been prepared using the type-volume limitations set forth in Rule 5.1B of the Local Rules of the Northern District of Georgia, and has been typed in Times New Roman font size 14 point.

/s/ Meredith J. Carter
Meredith J. Carter
Georgia Bar No. 325422

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SHELBY HUNT, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | 1:10-CV-1418-WSD |
| v. ) | |
| ) | |
| SYDELL, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day electronically filed the Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

    Tanya Andrews Tate
    ttate@ttatelaw.com

This 11th day of July, 2011.

    /s/ Meredith J. Carter
    Meredith J. Carter
    Georgia Bar No. 325422